59,120-04

1-11-15

To Mr. Abel Acosta, Clerk:

I, Alfred Godine, Tr. Ct. No. ~~W0110~~ 29990, am writing this letter to inform you of my change of address in TDCJ. My new address is: Alfred Godine #1863517 3-59 Darrington Unit-Trustee Camp 59 Darrington Road Rosharon, TX 77583

Please forward any legal correspondence to me at this address, including the status of my writ of mandamus.

Thanks.
Alfred Godine
#1863517

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 21 2015
Abel Acosta, Clerk